IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHAMICA JOHNSON, | ) | CASE NO. 1:18-CV-00659 |
| | ) | |
| *Plaintiff,* | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | MAGISTRATE JUDGE DAVID A. RUIZ |
| | ) | |
| CARETENDERS OF CLEVELAND, INC., | ) | |
| | ) | **ORDER APPROVING SETTLEMENT** |
| *Defendant.* | ) | **AGREEMENT** |
| | ) | |

This matter is before the Court upon the Parties' Joint Motion for Approval of Settlement. The Joint Motion asks the Court to approve as fair and reasonable the proposed settlement of this case as memorialized in the parties' Confidential Agreement and Release (the "Confidential Agreement").

The Court finds that the proposed settlement is fair, reasonable, and eliminates the cost and uncertainty of further litigation of Plaintiff's claim, including Plaintiff's unpaid overtime claim. The settlement satisfies the standard for approval of settlements under § 16(b) of the Fair Labor Standards Act, 29 U.S.C. §216(b), and resolves a *bona fide* dispute under the FLSA.

Accordingly, having reviewed the Confidential Agreement and the pleadings and papers on file in this case, and for good cause established therein, the Court enters this Order approving the settlement of this matter, including the settlement payments, as such terms are set forth in the parties' Confidential Agreement. This Action is hereby dismissed with prejudice.

SO ORDERED:

_10/4/18_  
Date

*Christopher A. Boyko*  
JUDGE CHRISTOPHER A. BOYKO